

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Mary Ann Orr and Charlotte Orr v. Lucy Ann Walker

Appellate case number:   01-13-00586-CV

Trial court case number:  22612

Trial court:                  1A District Court of Tyler County

      It is **ordered** that the motion for rehearing is denied.


Judge's signature: /s/ Laura C. Higley

               Acting for the Court


Panel consists of Justices Jennings, Higley, and Sharp.


Date:  August 14, 2014